■ In the Matter of Frank Russell, Petitioner, v David Stallone, Superintendent, Cayuga Correctional Facility, Respondent. [940 NYS2d 909]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered June 22, 2011) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.